## COOPER v. BERRY.

Court of Appeals of Kentucky.

April 30, 1954.

## McWHORTER et al.

v.

## CARTER et al.

Court of Appeals of Kentucky.

March 26, 1954.

Earl Osborne, Benton, for appellant.

M. C. Anderson, Wickliffe, for appellee.

PER CURIAM.

This is a motion for an appeal from the Ballard Circuit Court, Elvis J. Stahr, Judge, on a directed verdict in an action to recover $228.54 on a charge against the defendant, who operated a service station, for negligence in failing to grease the transmission of the plaintiff's truck.

We think the trial court properly sustained a demurrer to the petition as amended, because the allegations were not sufficient to show that the failure to grease the transmission was the proximate cause of the damage.

The motion for an appeal is overruled, and the judgment is affirmed.